# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D17-2934

—————————————————

KRISTAN ELAINE NELSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

January 12, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant
Public Defender, Tallahassee, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.